# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**



**2:27 pm, 9/13/24**

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

vs.

GREGORY SCOTT GAGE, JR.

Defendant.

Case Number:   24-cr-100-KHR

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date September 13, 2024       Time       2:04 - 2:26 PM

☐ Arraignment     ☑ Change of Plea       Before the Honorable       Kelly H. Rankin

Interpreter:                                   Int. Phone:

| MiYon Bowden | Melanie Sonntag | Kristen Simmer | Lauren Kuzmanovich |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES  Government: Seth Griswold

Defendant:    Jordan Deckenbach

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment

☐ Information filed by Government

☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment

☑ Guilty to Count(s)        2 _____ of an Indictment

☐ *Nolo Contendere*

|  NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in _____ days or | ☑ Plea agreement filed |
| on/before _____ | ☑ Sentencing set for 11/27/2024 at 9:00 AM |
| ☐ Trial date set for _____ at _____ in | Cheyenne, Courtroom 1 |
| in _____ | ☐ Plea conditionally accepted |
| ☐ Speedy trial expires on _____ | ☑ Count(s) 1 to be dismissed at time of sentencing |
| ☐ Other _____ | |

ARRAIGNMENT/COP MINUTE SHEET

BOND IS      ☑ Defendant is detained

          ☐ Set at   _____   ☐ Cash or Surety  ☐ Unsecured

          ☐ Continued on the same terms and conditions

          ☐ Continued on bond with the following conditions:

          ☐ Released on bond with the following conditions:

☐ 3rd party custody of _____      ☐ Seek/Maintain employment

☐ Report to Pretrial Services as directed      ☐ Travel restricted to _____

☐ Maintain current residence      ☐ Abide by the following curfew _____

☐ Not use or possess firearms/ammunition/explosives      ☐ Not use or possess controlled substances/drugs

☐ Not use or possess alcohol      ☐ Not use alcohol to excess

☐ Submit to drug/alcohol testing      ☐ Avoid all contact with _____

☐ Surrender passport to _____      ☐ Post property or sum of money _____

☐ Obey all laws.  Federal, State and Local      ☐ Do not obtain passport

☐ Undergo Medical/Psychiatric treatment/exam

☐ Other _____